Nov 9, 2015

To Pam Estes Clerk and Katrina McClenny
Chief Deputy Clerk

FILED IN COURT OF APPEALS
12th Court of Appeals District
NOV 12 2015
TYLER, TEXAS
PAM ESTES, CLERK

This is Harold Bass Jr TDCJ ID# 1988059

I would like this letter I sent to Mr Huggler asking for motion that he said he sent to me which wasn't in the packet. To be placed in my records. Reason being notice sent to me regarding my case was time sensitive

RE: Case Number 12-15-00071-CR

Trial Court Case Number 114-1453-14

Style: Harold Lloyd Bass Jr
            V
            The State of Texas

                    Gurney Unit
                    Harold Bass Jr
                    #1988059
                    1385 FM 3328
                    Palestine, TX 75803

CC: HBJr.

Very Truly Yours
Harold Bass Jr

Nov 9, 2015

Mr Huggler

I just received your letter and appellants brief and motion to withdraw. You also state you sent me a motion to allow me access to the record's and or statement and fact's. This motion was not in this packet. Would you please send me this motion. I am preceding on my own since you are choosing to withdraw.

Sincerely

Carol Bourg
#1988059
1385 FM 3328
Palestine, TX 75803
Gurney Unit

CC: Twelfth Ct. of Appeals
; James Huggler Jr.
; Harold Bass